# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DWAYNE A. JOHNSON

    Plaintiff,

v.

PETER E. SICES, *et al.*,

    Defendants.

_____/

Case No. 4:18-cv-11680
Hon. Matthew F. Leitman

## **ORDER FOR SUMMONS**

Dwayne A. Johnson, an inmate who is proceeding without the assistance of counsel, filed the instant complaint and tendered the full filing fee on May 29, 2018. The Court notified Mr. Johnson of a deficiency on June 4, 2018, which he timely corrected. Mr. Johnson has not, however, submitted summonses for each Defendant to be issued by the Clerk. Accordingly, Mr. Johnson is hereby **ORDERED** to submit summonses for all Defendants in this action **BY NOT LATER THAN SEPTEMBER 30, 2018**. The blank summons forms are available at the United States Court for the Eastern District of Michigan website, at https://www.mied.uscourts.gov/PDFFIles/Summons_PDF.pdf. In addition, a manual explaining the filing process is available at https://www.mied.uscourts.gov/PDFFIles/HowToFileYourLawsuitHandbook.pdf.

If Mr. Johnson is unable to access the blank summons forms or requires additional time in which to submit the required summons forms, he is instructed to file a notice with the Clerk of the Court outlining those difficulties and providing a reasonable estimate as to the additional time required to complete this task.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764