UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE A. JOHNSON,

    Plaintiff,　　　　　　　　　　　　　　Case No. 18-cv-11680
　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

PETER E. SICES, *et al.*,

    Defendants.
_____/

**<u>ORDER (1) REQUIRING DEFENDANTS PETER SICES AND BARBARA HOOVER TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO TRANSFER CASE (ECF #14) AND (2) ORDERING DEFENDANTS AMANDA FOGARTY, MARK KARNITZ, AND FNU BAKER TO FILE A RESPONSE TO THE MOTION TO TRANSFER</u>**

    This is a prisoner civil-rights action. On December 3, 2018, Defendants Peter Sices and Barbara Hoover filed a motion to transfer this action to the United States District Court for the Western District of Michigan. (*See* Mot., ECF #14.) Plaintiff Dwayne Johnson filed a response to the motion on December 20, 2018. (*See* Resp. Br., ECF #16.) Defendants Sices and Hoover have not filed a reply brief. In addition, Defendants Amanda Fogarty, Mark Karnitz, and FNU Baker have not filed any response to the motion to transfer.

    The Court has reviewed the motion and Johnson's response, and it concludes that it would benefit from additional briefing from the Defendants. Accordingly, **IT IS HEREBY ORDERED** that, by no later than **January 28, 2019**, (1) Defendants

1

Sices and Hoover shall file a reply brief in further support of their motion to transfer that responds to the arguments Johnson raised in his response brief (ECF #16) and (2) Defendants Fogarty, Karnitz, and FNU Baker shall file a response to the motion to transfer.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: January 8, 2019

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2019, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764